# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                     **PLAINTIFF**

v.                                            No. 4:23-cr-224-DPM

**BILLY RAY BROOKS**                                                                              **DEFENDANT**

## ORDER

Brooks moves to reduce his sentence based on a 2023 amendment to the Sentencing Guidelines. But the Court applied that amended guideline when it sentenced Brooks in 2024. He properly received one criminal history point for committing the new crime while under a criminal justice sentence. His motion, *Doc. 33*, is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 January 2025